UNITED STATES of America, Plaintiff–Appellee,

v.

Sixto Marcelino GARCIA, Defendant–Appellant.

No. 01–7750.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 31, 2002.

Decided Feb. 11, 2002.

Sixto Marcelino Garcia, Pro Se. Robert Edward Skiver, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

PER CURIAM.

Sixto Marcelino Garcia seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Garcia,* Nos. CR–98–87; CA–01–332–5–BO (E.D.N.C. Oct. 1, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-

fore the court and argument would not aid the decisional process.

*DISMISSED.*